**Order entered June 29, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00325-CV

## VETERINARY SPECIALISTS OF NORTH TEXAS, PLLC, AND DR. DEREK BURNEY, Appellants

## V.

## DR. GLEN KING, Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-12568

## ORDER

Before the Court is appellants' June 28, 2021 unopposed motion for extension of time to file their brief. Because this is an accelerated appeal, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than July 26, 2021.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE